IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-00234 JUDGE HAYNES |
| WENDELL JASON FLUELLEN, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

A revocation hearing is set in this action for **Friday, February 14, 2014 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 30 day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court