PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Wendell Jason Fluellen     Case Number: 3:10-00234

Name of Sentencing Judicial Officer: Honorable William J. Haynes, Jr., Senior U.S. District Judge

Date of Original Sentence: December 12, 2011

Original Offense: 18 U.S.C. § 2113(a) and (d), Armed Bank Robbery

Original Sentence: 12 months' custody and three years' supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: December 4, 2012

Assistant U.S. Attorney: To be determined     Defense Attorney: Caryll S. Alpert

---

The Court orders:

☐ Allow offender to terminate supervised release, as scheduled, owing restitution
☐ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☒ Other *Probation terminated without prejudice to the United States' remedies*

Considered this 29th day of June, 2015,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place     Nashville, TN

Date     June 10, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall pay restitution in the amount of $1,014.00.** |

According to the most recent report from the U.S. District Court Clerk's office, Mr. Fluellen has paid his $100 special assessment and $195.00 towards his restitution, leaving the remaining balance at $819.00.

### Compliance with Supervision Conditions and Prior Interventions:
Wendell Fluellen is recently unemployed and lives with his mother, in Donelson, Tennessee. He began his term of supervised release on December 4, 2012, and he is due to terminate supervision on December 3, 2015.

While on supervision, Mr. Fluellen has been sporadically employed and made irregular restitution payments, to the best of his ability. He has expressed understanding that he will need to continue making restitution payments once his supervision has ended.

### U.S. Probation Officer Recommendation:
It is recommended that Mr. Fluellen be continued on supervised release and his supervision terminate, as scheduled, on December 3, 2015, with the understanding that he will continue to make restitution payments after supervision has ended.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer